

FILED
CLERK, U.S. DISTRICT COURT
11/5/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MIGUEL ANGEL GALLARDO,<br><br>　　　　　Defendant. | CR No. 2:24-CR-00657-WLH<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about October 2, 2024, in Ventura County, within the Central District of California, defendant MIGUEL ANGEL GALLARDO knowingly possessed a firearm, namely, a Smith & Wesson, model M&P 40 Shield, .40 S&W caliber pistol, bearing serial number HWH5872, and ammunition, namely, six rounds of HTI Plastics and Smith & Wesson, Inc. .40 S&W caliber ammunition and two rounds of Fiocchi .40 S&W caliber ammunition, each in and affecting interstate and foreign commerce.

1  Defendant GALLARDO possessed such firearm and ammunition knowing
2  that he had previously been convicted of at least one of the
3  following felony crimes, each punishable by a term of imprisonment
4  exceeding one year:
5      1. Custodial Possession of Weapon, in violation of California
6  Penal Code Section 4502(a), in the Superior Court of the State of
7  California, County of Ventura, case number 2014012752, on or about
8  December 18, 2014;
9      2. Extortion, in violation of California Penal Code Section 518,
10 in the Superior Court of the State of California, County of Ventura,
11 case number 2012038720, on or about December 18, 2014;
12     3. Conspiracy to Commit a Crime, in violation of California
13 Penal Code Section 186.22(b)(1), in the Superior Court of the State
14 of California, County of Ventura, case number 2012038720, on or about
15 December 18, 2014; and
16     4. Terrorist Threats, in violation of California Penal Code
17 Section 422, in the Superior Court of the State of California, County
18 of Ventura, case number 2006014666, on or about May 8, 2006.

```
 1                        FORFEITURE ALLEGATION
 2              [18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]
 3        1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal
 4   Procedure, notice is hereby given to defendant that the United States
 5   of America will seek forfeiture as part of any sentence, pursuant to
 6   Title 18, United States Code, Section 924(d)(1), and Title 28, United
 7   States Code, Section 2461(c), in the event of the defendant's
 8   conviction of the offense set forth in this Indictment.
 9        2.   The defendant, if so convicted, shall forfeit to the United
10   States of America the following:
11             (a)  All right, title, and interest in any firearm or
12   ammunition involved in or used in such offense; and
13             (b)  To the extent such property is not available for
14   forfeiture, a sum of money equal to the total value of the property
15   described in subparagraph (a).
16        3.   Pursuant to Title 21, United States Code, Section 853(p),
17   as incorporated by Title 28, United States Code, Section 2461(c), the
18   defendant, if so convicted, shall forfeit substitute property, up to
19   the value of the property described in the preceding paragraph if, as
20   the result of any act or omission of the defendant, the property
21   described in the preceding paragraph or any portion thereof (a)
22   cannot be located upon the exercise of due diligence; (b) has been
23   transferred, sold to, or deposited with a third party; (c) has been
24   //
25   //
26   //
27
28
```

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                              A TRUE BILL

                              /S/_____
                              Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANBEE C. KIM
Assistant United States Attorney
General Crimes Section